■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HIKEEM GREEN, Appellant. [25 NYS3d 608]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Latella, J.), imposed June 11, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]; *cf. People v Bradshaw*, 18 NY3d 257, 264 [2011]; *People v Brown*, 122 AD3d 133 [2014]). Eng, P.J., Leventhal, Dickerson, Miller and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIUS GUILLEBEAUX, Appellant. [25 NYS3d 613]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Buchter, J.), both imposed July 25, 2013, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentences imposed were excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Carter*, 114 AD3d 960 [2014]; *People v Azeez*, 95 AD3d 1349 [2012]). Eng, P.J., Dillon, Sgroi, Hinds-Radix and Barros, JJ., concur.